# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW W. LANCE,<br>            Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY,<br>            Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 22-2840 |

## ORDER

**AND NOW**, this 11th day of September, 2023, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 33), Defendant's Motion for Summary Judgment (ECF No. 32), and all responses thereto (ECF Nos. 34, 38, 39, 40), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED** and Defendants' Motion is **GRANTED**.

The Clerk of Court is instructed to **TERMINATE** this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**